UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL PANNUNZIO, on behalf of himself and other employees similarly situated,<br><br>   Plaintiff,<br><br>-against-<br><br>PSAV PRESENTATION INC. and AUDIO VISUAL SERVICES GROUP, INC.<br><br>   Defendants. | Case No. 1:17-cv-03962-CHW<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT BETWEEN**
**AUDIO VISUAL SERVICES GROUP, INC. AND MICHAEL PANNUNZIO**

Defendant, AUDIO VISUAL SERVICES GROUP, INC. ("Defendant"), through its undersigned attorneys, submits this notice to advise the Court that a settlement has been reached in this matter between Defendant and Plaintiff, MICHAEL PANNUNZIO ("Plaintiff"). The parties are preparing the necessary settlement documents to be submitted for Court approval.

Dated: August 4, 2017

Respectfully Submitted,

SHANKMAN LEONE, P.A.

/s/ Michael R. Willats
David S. Shankman
Michael R. Willats
707 N. Franklin Street, Fifth Floor
Tampa, Florida 33602
Telephone:    813-223-1099
Facsimile:    813-223-1055
Email: dshankman@shankmanleone.com
Email: mwillats@shankmanleone.com
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 4, 2017, a true and correct copy of the Defendant's Notice of Settlement was filed electronically with the Clerk of Court through ECF and that ECF will send a notice of electronic filing to the following:

> David Harrison, Esq.
> Julie Salwen, Esq.
> Harrison, Harrison & Associates
> 110 State Highway 35, Suite #10
> Red Bank, NJ 07701
> nycotlaw@gmail.com

/s/ Michael R. Willats
Michael R. Willats
Attorney for Defendant