```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL PANNUNZIO,

          Plaintiff,

  -against-             17-cv-03962 (~~GHW~~) BCM

AUDIO VISUAL SERVICES GROUP, INC.    **STIPULATION OF DISMISSAL**

          Defendant.
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure the within action shall be, and the same hereby is, dismissed in its entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party, except that said dismissal is without prejudice to Plaintiff reopening this case in the event that Defendant AUDIO VISUAL SERVICES GROUP, INC. fails to make all of the payments set forth in the Parties' Settlement Agreement; and

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be signed in counterparts and by facsimile or electronic signature, each of which shall be an original but all of which together shall constitute one and the same instrument. This Stipulation may be filed without further notice with the Court.

Dated: August 31, 2017          Dated: August 31, 2017

**HARRISON, HARRISON & ASSOCIATES, LTD.** **SHANKMAN LEONE, P.A.**

By: _____     By: _____
David Harrison, Esq.           Michael Willats, Esq.
110 State Highway 35, 2nd Floor      707 North Franklin Street, 5th Floor
New York, New York          Tampa, FL 33602
Tel: (718) 799-9111           Tel: (813) 223-1099
*Attorneys for Plaintiff*          *Attorneys for Defendant Audio Visual Services Group, Inc.*

**SO ORDERED:** _____  10/11/17
         U.S.M.J.